# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE HILL, | ) | 1:08-CV-00661 LJO SMS HC |
| | ) | |
|         Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| | ) | |
|   v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS WITH LEAVE TO |
| | ) | AMEND |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| V. M. ALMAGER, | ) | TO SEND PETITIONER FORM PETITION |
| | ) | |
|         Respondent. | ) | ORDER REFERRING MATTER BACK TO |
| | ) | MAGISTRATE JUDGE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 20, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED with leave to amend. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 27, 2008, Petitioner filed objections to the Findings and Recommendation. Petitioner states he seeks to challenge a prison disciplinary hearing which occurred on January 27, 2006. If this is the case, this Court has jurisdiction to hear the petition and venue is proper.

1   However, as fully discussed by the Magistrate Judge, the instant petition fails to state a claim and
2   must be dismissed. Petitioner will be provided an opportunity to file an amended petition raising
3   cognizable claims with respect to the disciplinary hearing. Petitioner is advised that failure to do so
4   will result in dismissal of the action.

5        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
6   *novo* review of the case.  Having carefully reviewed the entire file and having considered the
7   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
8   supported by the record and proper analysis, and there is no need to modify the Findings and
9   Recommendations based on the points raised in the objections.

10       Accordingly, IT IS HEREBY ORDERED that:

11       1. The Findings and Recommendation issued June 20, 2008, is ADOPTED IN FULL;

12       2. The Petition for Writ of Habeas Corpus is DISMISSED;

13       3. Petitioner is GRANTED thirty (30) days from the date of service of this Order to file a
14  First Amended Petition;

15       4.  The Clerk of Court is DIRECTED to send Petitioner a blank form for filing a habeas
16  petition pursuant to 28 U.S.C. § 2254; and

17       5. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.
18  IT IS SO ORDERED.

19  **Dated:   July 11, 2008**               **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

20
21
22
23
24
25
26
27
28