IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HILL,<br><br>　　　　Petitioner,<br><br>vs.<br><br>V.M. ALMAGER,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-00661-LJO-SMS (HC)<br><br>ORDER DISREGARDING<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS<br>AS MOOT<br><br>(DOCUMENT #8) |

　　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

　　　　On July 15, 2008, petitioner filed an application to proceed in forma pauperis. Due to the fact that the court authorized Petitioner to proceed in forma pauperis in the present case on June 16, 2008, IT IS HEREBY ORDERED THAT petitioner's application of July 15, 2008, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:   July 23, 2008**　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE