1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HILL, ) | 1:08-CV-00661 LJO SMS HC |
| ) | |
| Petitioner, ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| v. ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |
| V. M. ALMAGER, ) | |
| ) | ORDER DECLINING ISSUANCE OF |
| Respondent. ) | CERTIFICATE OF APPEALABILITY |
| _____ ) | |

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
pursuant to 28 U.S.C. § 2254.

        On April 1, 2008, Petitioner filed a petition for writ of habeas corpus in the United States
District Court for the Southern District of California. The petition was transferred and received in
this Court on May 12, 2008. In his petition, he complains the California Department of Corrections
maintains a 41-page confidential file in his central file which he has not been allowed to view. He
seeks to conduct an in camera review of the file to determine whether it contains unreliable or illegal
information. He claims the information contained in the file has prejudiced him in his past parole
hearings and will prejudice him in future hearings.

        On June 20, 2008, the Magistrate Judge issued a Findings and Recommendation which

recommended the petition be dismissed with leave to amend for failure to state a cognizable federal claim. Specifically, the Magistrate Judge found Petitioner's assertion that the information contained within the confidential file has prejudiced him in his previous parole hearings to be completely conclusory and unsupported by any evidence. As to his claim that the evidence will be used to his detriment in future hearings, the Magistrate Judge determined the claim was not yet ripe for adjudication because the hearing had not yet occurred. Petitioner filed objections on June 27, 2008.

On July 11, 2008, the undersigned issued an Order adopting the Findings and Recommendation in full and granting Petitioner thirty (30) days to file an amended petition. Petitioner was advised that failure to file an amended petition within the allotted time would result in dismissal of the action.

On July 28, 2008, Petitioner again filed objections to the Magistrate Judge's Findings and Recommendation, and he did not file an amended petition. It is clear from the objections that Petitioner seeks solely to acquire and review the 41-page confidential file maintained by Respondent. Petitioner does not claim that prior panels used improper or incorrect information, and he does not point to instances in past hearings where improper information was used. He merely assumes that because the file consists of some 41 pages, it must contain incorrect information. As previously stated, this allegation does not present a federal claim.

## ORDER

Accordingly, IT IS HEREBY ORDERED:

1) The petition for writ of habeas corpus is DISMISSED WITH PREJUDICE;

2) The Clerk of Court is DIRECTED to enter judgment and terminate the case; and

3) In the event an appeal is filed, no certificate of appealability is required. Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005).

IT IS SO ORDERED.

**Dated:   August 26, 2008**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE